UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-4726**

Dennis Hughes v. Kevin Miskell, et al.

To:  Clerk

    1)     Motion by Appellant for Extension of Time to File Argument in Support
           of Appeal Until March 20, 2014

The foregoing motion is granted.  Appellant's response must be filed on or before March 20, 2014.

For the Court,

 s/ Marcia M. Waldron
Clerk

Dated: March 5, 2014
PDB/cc: Dennis Hughes
       Raymond W. Dorian, Esq.