IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

DENNIS HUGHES,

    Appellant,

v.      No. 13-4726

KEVIN MISKELL, et al.,

    Appellee

### APPELLANT'S MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO SUBMIT ARGUMENT IN SUPPORT OF HIS APPEAL

Plaintiff/Appellant, Dennis Hughes, presently proceeding pro se, respectfully seeks leave of this Honorable Court for an additional enlargement of time in which to submit argument in support of his appeal.

Specifically, Appellant is seeking an additional fifteen (15) days in which to submit a concise argument of about five (5) pages in support of his appeal.

In support of this request, the following is averred:

1. By an order issued on February 7, 2014, the Court granted Appellant's Application to Proceed In Forma Pauperis.

2. The Court's order further specified that "[t]he appeal will be submitted to a panel of this court for determination under 28 U.S.C. §1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary

affirmance...is appropriate." Id.

3. Appellant was given the option of submitting argument (not to exceed five pages) in support of the appeal. Id.

4. Appellant's initial submission was due by February 28, 2014. However, Appellant moved for an enlargement of time of about three weeks. By way of an order issued March 5, 2014, Appellant was given until March 20, 2014, to file an argument in support of his appeal.

5. Appellant is very close to completing his submission; however, due to many staff absences, the law library at SCI-Dallas has been closed on many of its scheduled days. Further, Appellant also relies on a fellow prisoner for assistance in preparing his responses pro se.

ACCORDINGLY, based upon the foregoing circumstances, Appellant requests that he will be given until April 4, 2014, to submit his concise argument in support of his appeal.

Respectfully submitted,

Dated: 3/18/14

Dennis Hughes
Plaintiff/Appellant, **Pro Se**
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

## CERTIFICATE OF SERVICE

I, Dennis Hughes, the Plaintiff in the foregoing captioned matter (U.S. Appeals Court No. 13-4726), hereby certify that I have, on the date indicated below, caused to be served a true and correct copy of the foregoing document titled **APPELLANT'S MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO SUBMIT ARGUMENT IN SUPPORT OF HIS APPEAL** by depositing the same in the prison mailbox for delivery by U.S. Mail, FIRST CLASS postage prepaid, addressed as follows to the party below:

>Raymond W. Dorian, Esq.
>Assistant Counsel
>Governor's Office of General Counsel
>1920 Technology Parkway
>Mechanicsburg, PA 17050

Dated: 3/18/14

Dennis Hughes
Appellant, **Pro Se**
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286