UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-4726**

Hughes v. Miskell, et al.

To:   Clerk

1)   Motion by Pro Se Appellant, Dennis Hughes for Extension of Time to Submit Argument in Support of Appeal

---

The foregoing Motion is granted. Appellant may file an argument in support of appeal within 15 days of the date of this Order. No further extensions will be granted.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated:  March 27, 2014

MMW/jw

cc:   Mr. Dennis Hughes, #AM-5356
      Raymond W. Dorian, Esq.