# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-2726

DENNIS HUGHES         vs.   KEVIN MISKELL, ET AL.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

KEVIN MISKELL, THOMAS LESKOWSKY AND RICHARD ELLERS

Indicate the party's role IN THIS COURT (check <u>only</u> one):

|   |   |   |
|---|---|---|
| ____ Petitioner(s) | ____ Appellant(s) | ____ Intervenor (s) |
| ____ Respondent(s) | ✓ Appellee(s) | ____ Amicus Curiae |

(Type or Print) Counsel's Name  Raymond W. Dorian

✓ Mr.     Ms.     Mrs.     Miss

Firm  Office of Chief Counsel

Address  1920 Technology Parkway

City, State, Zip Code  Mechanicsburg, PA  17050

Phone  (717) 728-7763                     Fax  (717) 728-0312

**Primary E-Mail Address (required)**  rdorian@pa.gov

**Additional E-Mail Address (1)**  rosewhite@pa.gov
**Additional E-Mail Address (2)**  debryan@pa.gov

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:**  s/ Raymond W. Dorian

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09

## IN THE UNITED STATES COURT OF
## APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| DENNIS HUGHES, | : |
| | : No. 14-2726 |
| Appellant, | : |
| | : |
| v. | : |
| | : Filed Via Electronic Case Filing |
| KEVIN MISKELL, et al., | : |
| | : |
| Appellees | : |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Dennis Hughes, AM-5356
SCI-Dallas
1000 Follies Road
Dallas, PA  18612

s/ Rose A. White
Rose A. White
Clerk Typist 2
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7747

Dated:  May 21, 2014