IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

DENNIS HUGHES,

    APPELLANT,

v.       No. 13-4726 &
    No. 14-2726

KEVIN MISKELL, ET AL.,

    APPELLEE

### APPELLANT'S MOTION TO CONSOLIDATE
### THE APPEALS IN NOS. 13-4726 AND 14-2726

AND NOW, Appellant, Dennis Hughes, presently proceeding PRO SE, respectfully seeks an entry of an order by the Court consolidating the appeals in this matter, i.e. Nos. 13-4726 and 14-2726.

In support of this request the following is averred:

1. On July 13, 2010, Appellant filed, through counsel, a civil rights action against certain prison officials and medical providers at the State Correctional Institution at Dallas. Appellant is a 100% disabled veteran serving a life sentence. Based on various medical and psychiatric diagnoses, Appellant sought appropriate psychiatric counseling, medications, and the granting of a Z-code (single cell) housing status for the duration of his incarceration.

2. Following the filing of several amended complaints,

THE DEFENDANTS MOVED FOR SUMMARY JUDGMENT BASED ON APPELLANT'S FAILURE TO PROPERLY EXHAUST ALL OF HIS ADMINISTRATIVE REMEDIES PURSUANT TO THE PRISON LITIGATION REFORM ACT ("PLRA").

3. THE DISTRICT COURT ENTERED AN ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF THE DEFENDANTS ON SEPT. 30, 2013. (DOC. 62 AT M.D. PA. NO. 3-10-CV-1443).

4. ON DECEMBER 4, 2013, APPELLANT FILED A MOTION SEEKING RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE. ID., DOC. 63.

5. APPELLANT'S REQUEST FOR RELIEF WAS PREMISED ON THE FACT THAT HE WAS NOT TIMELY SERVED WITH A COPY OF THE DISTRICT COURT'S ORDER GRANTING THE DEFENDANTS SUMMARY JUDGMENT. THEREAFTER, THE DISTRICT COURT ENTERED AN ORDER ON DECEMBER 5, 2013, GRANTING APPELLANT THE RELIEF HE REQUESTED. THE COURT'S ORDER RE-OPENED THE PERIOD FOR THE FILING OF THE "NOTICE OF APPEAL". ID. DOC. 64.

6. APPELLANT PROMPTLY COMPLIED WITH THE DISTRICT COURT'S ORDER AND THE "NOTICE OF APPEAL" OF THE UNDERLYING JUDGMENT WAS DOCKETED ON DECEMBER 17, 2013, AT NO. 13-4726.

7. MEANWHILE, DEFENDANTS MOVED FOR RECONSIDERATION OF JUDGE MANNION'S ORDER OF DECEMBER 5, 2013. SEE DOCS. 67 AND 68 AT M.D.PA. NO. 3-10-CV-1443.

8. On April 14, 2014, the District Court entered an order GRANTING the Defendants' Motion for Reconsideration.

9. Subsequently, Appellant filed an "Amended Notice of Appeal" on or about May 5, 2014. In this appeal, Appellant is seeking to appeal the District Court's order vacating its order of December 5, 2013. The "Amended Notice of Appeal" was assigned a different docket no., i.e. No. 14-2726.

10. Appellant submits that he should only be subjected to one filing fee in this matter. It would be a waste of judicial resources to have multiple filings dealing with the same underlying judgment. And, as a matter of equity and fairness, Appellant should only be required to satisfy the filing fee of the Appeals Court No. 13-4726.

WHEREFORE, based upon the foregoing, it is respectfully requested that the Court will direct the Clerk's Office to consolidate the both appeals under a single docket number. Putatively, that would be No. 13-4726.

Respectfully submitted,

Dated: 6/7/14

Dennis Hughes
Appellant, Pro Se
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

## CERTIFICATE OF SERVICE

I, Dennis Hughes, the Appellant in the foregoing captioned matter (U.S. Appeals Court Nos. 13-4726 and 14-2726), hereby certify that I have, on the date indicated below, caused to be served a true and correct copy of the foregoing document titled APPELLANT'S MOTION TO CONSOLIDATE THE APPEALS IN NOS. 13-4726 AND 14-2726 by depositing the same in the prison mailbox for delivery by U.S. Mail, FIRST CLASS postage prepaid, addressed as follows to the party below:

> Raymond W. Dorian, Esq.
> Assistant Counsel
> Governor's Office of General Counsel
> 1920 Technology Parkway
> Mechanicsburg, PA 17050

Dated: 6/7/14

Dennis Hughes
Appellant, Pro Se
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286