UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 13-4726 and 14-2726**

Hughes v. Miskell, et al.

To:   Clerk

1)   Motion by Pro Se Appellant to Consolidate the Appeals

---

The foregoing motion is denied as the appeals at C.A. Nos. 13-4726 and 14-2726 are in different procedural postures and thus, are not appropriate for consolidation. To the extent that appellant seeks consolidation to avoid paying the appellate fees for the appeal as docketed at C.A. No. 14-2726, it is noted that under the Prison Litigation Reform Act, a prisoner filing an action in forma pauperis is required to pay the full amount of the filing fee for each proceeding. 28 U.S.C. §1915(b). If appellant wishes to proceed with his appeal at C.A. No. 14-2726, he must file a complete application for leave to proceed in forma pauperis in support of that appeal within 14 days from the date of this Order. Failure to file such an application within the time specified will result in dismissal of the appeal without further notice. See 3rd Cir. LAR Misc. 107.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: June 20, 2014
PDB/cc: Dennis Hughes
   Raymond W. Dorian, Esq.