CLD-329                                                                July 31, 2014
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **13-4726**

DENNIS HUGHES, Appellant

vs.

KEVIN MISKELL, ET AL.

(M.D. Pa. Civ. No. 10-cv-01443)

Present: FUENTES, JORDAN and SHWARTZ, Circuit Judges

    Submitted are:

(1) Appellees' motion to quash the appeal as untimely;

(2) By the Clerk for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6;

(3) Appellant's response to appellees' motion; and

(4) Appellant's argument in support of the appeal

    in the above-captioned case.

                               Respectfully,

                               Clerk

MMW/CJG/pdb

_____ORDER_____

    Appellees' motion to dismiss the appeal as untimely is granted. Appellant seeks to appeal the Order of the District Court entered on September 30, 2013. Appellant's notice of appeal, which is dated December 13, 2013, was filed more than 30 days after entry of the District Court's final order. See Fed. R. App. P. 4(a)(1)(A). Although appellant sought leave to extend the appeal period pursuant to Fed. R. App. P. 4(a)(5), the District Court determined that his post-judgment motion was untimely filed and denied it as such. We note that appellant had an opportunity to challenge the propriety of the District

Court's construction and disposition of his post-judgment motion in the appeal he timely filed at C.A. No. 14-2726. Appellant, however, allowed that appeal to be dismissed for failure to prosecute. Accordingly, because the appeal period is mandatory and jurisdictional, the appeal is dismissed for lack of jurisdiction. See Bowles v. Russell, 551 U.S. 205, 214 (2007); Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978). Given our disposition of the appeal, there is no need to consider possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action.

                    By the Court,

                    s/Patty Shwartz
                    Circuit Judge

Dated: August 13, 2014
PDB/cc: Dennis Hughes
       Raymond W. Dorian, Esq

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.